IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEVIN JEROME JONES,<br>　　　Petitioner,<br><br>v.<br><br>DIRECTOR, TDCJ-CID, et al,<br>　　　Respondents. | § § § § § § § § | No. 3:21-cv-00003-X (BT) |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case on January 6, 2021. The District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. Any objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Signed this 2nd day of February, 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE